MIKE RIVERA

Plaintiff(s)

Index # 07 CIV 7771

- against -

THE CITY OF NEW YORK, ETAL

Purchased August 31, 2007

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

LUIS AGOSTINI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 19, 2007 at 01:42 PM at

NEW YORK CITY POLICE DEPARTMENT
41ST PRECINCT
1035 LONGWOOD AVENUE
BRONX, NY 10459

deponent served the within SUMMONS AND COMPLAINT on SERGEANT DESMOND BLAIZE therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to P.R.A.A. BRADLEY a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BROWN | 45 | 5'1 | 200 |

GLASSES

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

NEW YORK CITY POLICE DEPARTMENT
41ST PRECINCT
1035 LONGWOOD AVENUE
BRONX, NY 10459

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on September 27, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: September 27, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

LUIS AGOSTINI
License #: 1027732
Invoice #: 448242

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728